NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## PATRICIA A. IRVING,
*Petitioner,*

v.

## MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

---

2011-3188

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090637-I-1.

---

## ON MOTION

---

## ORDER

Patricia A. Irving moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 2 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Patricia A. Irving
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK